

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00566-CR

Joseph **ALMANZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10451
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED July 9, 2014.

_____
Marialyn Barnard, Justice